ACCEPTED
03-13-00025-CV
4518691
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 5:00:18 PM
JEFFREY D. KYLE
CLERK

# The Chimene Law Firm

2827 Linkwood
Houston, TX 77027
michelec@airmail.net

RECEIVED
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 5:00:18 PM
JEFFREY D. KYLE
Clerk

March 16, 2015

Clerk
209 West 14th St., Rm. 101
Austin, TX 78701

      Re: Case No. 03-13-00025; *Jerry Scarbrough, et al v. Helen Purser, et al.*; On appeal to the Third Court of Appeals, Austin, Texas

Dear Sir:

Enclosed please find three paper copies of the brief of Melissa Deaton and Denise Steele in this case.  I apologize for the confusion that delayed this delivery.

I do not believe these parties did a Reply Brief.

Thank you for your usual courtesies in this matter.

Regards,
/s/ MB CHIMENE
Michele Barber Chimene

Cc:    Jeff Ray
      Jack R. Crews
      Daryl Moore
      The above-signed certifies that these three
      parties have been served with a copy of this letter
      via email and ECF on the above date

      /s/ MB CHIMENE